UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLIFTON HARRIS                                           CIVIL ACTION

VERSUS                                                   NUMBER: 07-2686

JEFFERSON TRAVIS, WARDEN, ET AL.                         SECTION: "C"(5)

ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 11 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE